**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER DENYING MOTION FOR REHEARING

Appellate case name:      State of Texas v. Zena Collins Stephens
                                    Ex parte Zena Collins Stephens

Appellate case numbers:  01-19-00209-CR, 01-19-00243-CR

Trial court case number:  18DCR0152

Date motion filed:         August 14, 2020

Trial court:               344th District Court of Chambers County

Appellee Zena Collins Stephens filed a motion for rehearing of this Court's July 9, 2020 opinion. The motion for rehearing is **denied.**

It is so **ORDERED.**

Judge's signature: ____/s/ Peter Kelly_____
                    ☐ Acting individually    ☑ Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.

Justice Goodman, dissenting.

Date: ___October 6, 2020_____